JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 660 -- In re Storage Technology Insurance Coverage Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/08/23 | 1 | MOTION/BRIEF, SCHEDULE OF ACTIONS -- National Union Fire Insurance Co. of Pittsburgh, Pa., for transfer or action -- Notified involved counsel -- SUGGESTED TRANSFEREE DISTRICT: N.D. California -- SUGGESTED TRANSFEREE JUDGE: Hon. William A. Ingram (ds) |
| 85/09/03 | | APPEARANCES: Donald E. Egan, Esq. for Michael Abelson, Esq.; Dale E. Fredericks, Esq. for National Union Fire Ins. Co. of Pittsburgh, Pa. (rh) |
| 85/09/04 | | APPEARANCES: Jeffery B. Rudman for Storage Techonology Corp.; Jerome I. Braun, Esq. for Stuart Abelson (rh) |
| 85/09/09 | 2 | RESPONSE -- Storage Techonology Corp, Storage Technology Computer Research Corp. and Storage Technology Systems Corp. w/Affidavit of Jeffrey B. Rudman and cert. of svc. (ds) |
| 85/09/09 | 3 | RESPONSE -- Stuart Abelson w/cert. of svc. (ds) |
| 85/09/09 | 4 | RESPONSE -- Michael Abelson w/Affidavit of Donald E. Egan and cert. of svc. (ds) |
| 85/09/12 | 5 | LETTER REQUEST TO BE INCLUDED IN 9/19/85 HEARING -- National Union Fire Insurance Co. of Pgh., PA. w/service -- Notified counsel request denied. (paa) |
| 85/09/13 | 6 | LETTER (responding to pldg. #5 letter) -- Storage Technology Corp., Storage Technology Computer Research Corp. and Storage Technology Systems Corp. (w/copy of order signed by J. McGrath filed 5/20/85) (ds) |
| 85/09/16 | 7 | REPLY BRIEF -- National Union Fire Insurance Co. of Pittsburgh, Pa. w/Affidavit of Dale E. Fredricks, Exhibits A and B and cert. of svc. (ds) |
| 85/09/16 | 8 | LETTER/RESPONSE (to pldg. #5) -- Michael Abelson w/svc. (ds) |
| 85/10/18 | | HEARING ORDER --Motion of Defendant National Union Fire Ins. Co. to transfer of actions to the Northern District of California -- Set for hearing on 11/21/85, Portland, Org. (paa) |
| 85/11/08 | 9 | MOTION FOR CONTINUANCE OF HEARING -- deft. National Union Fire Insurance Co. of Pittsburgh, Pa. -- w/Exhibit A and cert. of service (cds) |

| Date | No. | Entry |
|---|---|---|
| 85/11/12 | | ORDER VACATING NOVEMBER 21, 1985 HEARING IN PORTLAND, OREGON -- Notified involved judges, clerks and counsel. (ds) |
| 85/12/11 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on January 23, 1986 in Miami, Fla. (rh) |
| 86/01/16 | 10 | AFFIDAVIT OF JEFFREY B. RUDMAN (attorney for Storage Technology Corp.) -- w/Exhibits A-C and cert. of service (cds) |
| 86/01/22 | | HEARING APPEARIANCES: Dale Fredericks, Esq. for National Union Fire Ins. Co. of Pgh.; Jeffrey B. Rudman, Esq. for Storage Technology Corp. (paa) |
| 86/01/22 | | WAIVER OF ORAL ARGUMENT: Donald E. Egan, Esq. for Michael Abelson (paa) |
| 86/01/31 | | ORDER DENYING TRANSFER -- of litigation pursuant to 28 U.S.C. §1407 -- Notified involved counsel, misc. recipients, clerk, and judges (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 660 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE STORAGE TECHNOLOGY INSURANCE COVERAGE LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/23/86 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 1/31/86 | MO (Denied) | unpublished | | | |

### Special Transferee Information

DATE CLOSED: 1-31-86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 660 -- In re Storage Technology Insurance Coverage Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Storage Technology Corp. v. National Union Fire Insurance Co. of Pittsburgh, Pa., et al. | D.Colo. McGrath | 84-B-5327 85-Z-1596 tcy | advisory # 85 M 0128 | | | |
| A-2 | Michael Abelson, et al. v. National Union Fire Insurance Co. of Pittsburgh, Pa., et al. | N.D.Cal. Ingram | C-84-20745-WAI | | | | |
| A-3 | Stuart Abelson, et al. v. National Union Fire Insurance co. of Pittsburgh, Pa., et al. | N.D.Cal. Ingram | C-84-20748-WAI | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 660 -- In re Storage Technology Insurance Coverage Litigation

---

STORAGE TECHNOLOGY CORP. (A-1)
STORAGE TECHNOLOGY COMPUTER RESEARCH CORP.
STORAGE TECHNOLOGY SYSTEMS CORP.
Jeffrey B. Rudman, Esq.
Hale & Dorr
60 State Street
Boston, Massachusetts  02109


MICHAEL ABELSON (A-2)
Donald E. Egan, Esq.
Katten, Muchin, Zavis,
Pearl & Galler
525 West Monroe Street
Chicago, Illinois  60606

STUART ABELSON (A-3)
Jerome I. Braun, Esq.
Farella, Braun & Martel
235 Montgomery Street
30th Floor
San Francisco, CA  94104


NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA
Dale E. Fredericks, Esq.
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA  94111

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __660__ -- __In re Storage Technology Insurance coverage Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, Pennsylvania | A-1 thru A-3 |
| Storage TEchnology Computer Research Corp. | A-1 thru A-3 |
| Storage Technology Systems Corp. | A-1 thru A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |