JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 660

JAN 31 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE STORAGE TECHNOLOGY INSURANCE COVERAGE LITIGATION

ORDER DENYING TRANSFER*

This litigation presently consists of three actions pending in two federal districts: two actions in the Northern District of California and one action in the District of Colorado. National Union Fire Insurance Company of Pittsburgh, Pa., the defendant in every action, has moved the Panel, under 28 U.S.C. §1407, to transfer the Colorado action to the Northern District of California for coordinated or consolidated pretrial proceedings with the actions pending there. Plaintiffs in all actions, as well as the two third-party defendants in the California actions, oppose the motion.

On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969). Additionally, we point out that pretrial proceedings are essentially completed in the Colorado action.

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, for transfer of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*   Judge Fred Daugherty took no part in the decision of this matter.

## Schedule A

<u>MDL-660 -- In re Storage Technology Insurance Coverage Litigation</u>

### <u>District of Colorado</u>

<u>Storage Technology Corp., et al. v. National Union Fire Insurance Co. of Pittsburgh, Pa., et al.</u>, Bankruptcy No. 84 B 5277G, Adversary No. 85-M0128

### <u>Northern District of California</u>

<u>Michael Abelson, et al. v. National Union Fire Insurance Co. of Pittsburgh, Pa., et al.</u>, C.A. No. C-84-20745-WAI
<u>Stuart Abelson, et al. v. National Union Fire Insurance Co. of Pittsburgh, Pa., et al.</u>, C.A. No. C-84-20748-WAI